## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David G. Oppenheimer

                                Plaintiff,

v.                                                               Case No.: 1:21−cv−02961

                                                                        Honorable Andrea R. Wood

First Step Trademarks, LLC, et al.

                                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 27, 2023:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: At Plaintiff's request, Plaintiff shall respond to Defendant Dulac's Motion for Extension of Time [52] by 8/4/23. Defendant Dulac may file a reply in support of his Motion by 8/14/23. The parties remain obligated to file the joint status report required by the Court's order of 5/24/23 [50] on 7/31/23. Defendant Dulac should note that any extension that might be granted for him to respond to Plaintiff's written discovery will include (i.e., will not be on top of or in addition to) the time spent briefing the Motion for Extension [52]. Further, discovery against Defendant Dulac is not and will not be stayed pending a decision on the newly−filed Motion to Dismissal Against Mr. Dulac [sic] for Violation of the Discharge Injunction [53]. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.