THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>                Plaintiff,<br><br>     v.<br><br>First Step Trademarks, LLC and Alexander C. Dulac,<br><br>                Defendants. | Case No. 1:21-cv-02961<br><br>Dist. Judge Andrea R. Wood<br><br>Mag. Judge Jeffrey T. Gilbert |

**PLAINTIFF'S STATUS REPORT**

Pursuant to the Court's minute entries dated May 24, 2023 [Dkt. 50], and July 27, 2023 [Dkt. 54], Plaintiff David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff") submits this Status Report. Prior to submission of this status report, Plaintiff had forwarded a draft joint status report to Defendant Alexander C. Dulac ("Dulac") for review but Plaintiff did not receive a response ahead of the deadline for the status report.

1. **Status of Discovery**

    a. Oppenheimer served Dulac and FST with Oppenheimer's initial disclosures under Rule 26(a)(1) on April 19, 2023.

    b. Dulac served Oppenheimer with initial disclosures under Rule 26(a)(1) on April 24, 2023.

    c. Oppenheimer served Dulac and FST with written discovery requests (consisting of interrogatories, requests for production of documents, and requests for admission) on April 24, 2023.

    d. Dulac and FST served Oppenheimer with written discovery requests (consisting of interrogatories, requests for production of documents, and requests for admission) on April 25, 2023.

    e.    As of the date of this status report, neither party has served responses to the other party's written discovery requests.

    f.    In the absence of responses from either party to written discovery requests, the parties have not fully determined the identy(ies) of all fact witnesses that either party may intend to depose before the close of fact discovery, and dates therefor have not been set.

    g.    The Court has extended the deadline for the close of fact discovery to September 25, 2023.

**2.    Pending Motions**

    a.    Dulac filed a motion to dismiss for lack of personal jurisdiction. [Dkt. 31]. The motion has been fully briefed by the parties. The Court has not yet ruled on Dulac's motion.

    b.    Dulac has filed a motion to dismiss FST, based on FST's emergency from bankruptcy under Chapter 11. [Dkt. 42]. FST is an unrepresented business entity, but the Court has taken Dulac's motion under advisement.

    c.    Dulac has filed a motion for extension of discovery deadlines. [Dkt. 52]. The Court has set a briefing schedule, with Oppenheimer's response due by August 4, 2023, and Dulac's reply due by August 14, 2023. [Dkt. 54].

    d.    Dulac has filed a motion to dismiss the case against Dulac for violation of FST's discharge injunction. [Dkt. 53]. No briefing schedule has yet been set with respect to this motion.

    e.    The Court had granted Oppenheimer's motion seeking award of plaintiff's reasonable expenses after Defendants' failure to waive service. [Dkt. 9]. Oppenheimer's counsel had subsequently submitted a declaration to prove up the fees associated with Defendants' failure

2

to waive service. [Dkt. 33]. The Court has not yet ruled regarding Oppenheimer's counsel's declaration regarding the fees associated with Defendants' failure to waive service.

**3. Settlement Discussions**

    a. No settlement discussions are currently ongoing.

Dated: July 31, 2023

Respectfully submitted,

DAVID GORDON OPPENHEIMER

By: \_\_\_/s/ Ilya G. Zlatkin_____
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
ilya@zce.law

*Attorney for Plaintiff*