THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>      Plaintiff,<br><br>    v.<br><br>First Step Trademarks, LLC and Alexander C. Dulac,<br><br>      Defendants. | Case No. 1:21-cv-02961<br><br>Dist. Judge Andrea R. Wood<br><br>Mag. Judge Jeffrey T. Gilbert |

### **DECLARATION OF ILYA G. ZLATKIN**

I, Ilya G. Zlatkin, of the Town of Munster, in the State of Indiana, declare as follows:

  1. I am an attorney and represent Plaintiff David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff") in connection with the above-captioned lawsuit. I am admitted to practice before all Illinois state courts, all Indiana state courts, and the U.S. District Court for the Northern District of Illinois. I am in good standing with all of those courts and have never been subject to professional disciplinary proceedings of any kind.

  2. I am over the age of 18 years, am competent to testify to the matters set forth herein, and make this declaration on my personal knowledge and belief.

  3. Attached hereto as **Exhibit A** is a true and correct copy of an email chain between Alexander C. Dulac, Ilana Volkov (who is counsel of Defendant First Step Trademarks, LLC), and me between April 19, 2023, and April 21, 2023.

  4. Attached hereto as **Exhibit B** is a true and correct copy of an email chain between Alexander C. Dulac and me between May 8, 2023, and June 8, 2023.

  5. Attached hereto as **Exhibit C** is a true and correct copy of an email chain between Alexander C. Dulac and me between July 17, 2023, and July 26, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on this August 4, 2023 at Munster, Indiana.

        Respectfully submitted,

        /s/Ilya G. Zlatkin
        Ilya G. Zlatkin
        Zlatkin Cann Entertainment
        4245 N Knox Ave
        Chicago, Il 60641
        (312) 809-8022
        ilya@zce.law

        *Counsel for Plaintiff David Gordon Oppenheimer*