# EXHIBIT B

**From:** Ilya Zlatkin
**Sent:** 6/8/2023 8:02:47 AM
**To:** Alexander Dulac
**Subject:** Re: Discovery due date

Hi Alex,

Are you open to synching up our due dates for written discovery responses? The court had set your response deadline as July 26th. Are you open to Oppenheimer's deadline being the same?

> On Thu, May 11, 2023 at 5:41 PM Alexander Dulac <alex.dulac@gmail.com> wrote:
> Understood.   I haven't looked that far just yet.
>
>> On Thu, May 11, 2023 at 6:39 PM Ilya Zlatkin <ilya@zlatkinwong.com> wrote:
>> Hi Alex,
>>
>> No, they're all part of written discovery (i.e., they were issued in writing). For reference, there's oral discovery, such as depositions. Are you planning to request any depositions?
>>
>>> On Thu, May 11, 2023 at 5:37 PM Alexander Dulac <alex.dulac@gmail.com> wrote:
>>> Hey Ilya , do there was 3 documents that needed to be responded to.   Written, documents and a third.   Just so I understand are you suggesting, 2 weeks for written and another timeline for the other two?
>>>
>>>> On Thu, May 11, 2023 at 6:20 PM Ilya Zlatkin <ilya@zlatkinwong.com> wrote:
>>>> Alex,
>>>>
>>>> I'm not comfortable with that long of an extension, as Judge Gilbert already feels like we've disregarded his scheduling order. I'm fine with a two-week extension on responses to written discovery requests.
>>>>
>>>>> On Thu, May 11, 2023 at 5:12 PM Alexander Dulac <alex.dulac@gmail.com> wrote:
>>>>> Open minded.   I figured 60 days.   Could be 75.   What do you think?
>>>>>
>>>>> Thanks for letting me the joint status.   What does that entail?
>>>>>
>>>>>> On Thu, May 11, 2023 at 6:10 PM Ilya Zlatkin <ilya@zlatkinwong.com> wrote:
>>>>>> Hi Alex,
>>>>>>
>>>>>> My response to you got stuck in my drafts. How long of an extension for discovery would you like?

Please note that we'll need to provide a joint status report to Judge Gilbert by June 1st.

Best,

Ilya

**From:** Alexander Dulac <alex.dulac@gmail.com>
**Sent:** Monday, May 8, 2023 7:44 PM
**To:** Ilya Zlatkin <ilya@zlatkinwong.com>
**Subject:** Discovery due date

Hi Ilya, I wanted to see if you would ok to push the due date of discovery on both sides?  - Alex

--

**ILYA G. ZLATKIN**

*Managing Partner*

**ZLATKIN WONG LLP**

4245 N. Knox Ave.

Chicago, IL 60641

**Phone:** 312.809.8022
**Email:** ilya@zlatkinwong.com

--

**ILYA G. ZLATKIN**

*Managing Partner*

**ZLATKIN WONG LLP**