# EXHIBIT C

**From:** Ilya Zlatkin
**Sent:** 7/26/2023 7:17:23 AM
**To:** Alexander Dulac
**Subject:** Re:

Alex,

Just wanted to follow up here to check whether you're open to the mutual extension I proposed yesterday, on account of Mr. Oppenheimer's unexpected health issues. Please advise either way.

Best,
Ilya

On Tue, Jul 25, 2023 at 2:09 PM Ilya Zlatkin <ilya@zce.law> wrote:
> Alex,
>
> Mr. Oppenheimer has had some unexpected health issues arise over the past week, and so I'm not sure that we'll be able to get you finalized responses by end-of-day tomorrow. Are you open to a **mutual extension** for another four days through noon CDT Monday, July 31? That would still enable us to file a status report on Monday with Judge Gilbert confirming that both sides have responded to discovery requests.
>
> Please let me know either way.
>
> Best,
> Ilya
>
> On Mon, Jul 17, 2023 at 11:37 AM Ilya Zlatkin <ilya@zce.law> wrote:
>> Alex,
>>
>> I'll remind you that you missed the deadline to issue written discovery. The fact that you're going to receive responses from Mr. Oppenheimer anyway is a concession. You'll receive the responses in nine days, when your own responses are due.
>>
>> On Mon, Jul 17, 2023 at 11:31 AM Alexander Dulac <alex.dulac@gmail.com> wrote:
>>> Did the court permit for that delay?
>>>
>>> On Mon, Jul 17, 2023 at 12:28 PM Ilya Zlatkin <ilya@zce.law> wrote:
>>>> Alex,
>>>>
>>>> You'll receive Mr. Oppenheimer's responses to your written discovery requests by the same deadline as yours -- July 26th.
>>>>
>>>> Best,
>>>> Ilya

On Mon, Jul 17, 2023 at 11:13 AM Alexander Dulac <alex.dulac@gmail.com> wrote:
> Hi Ilya, I have been waiting to receive your written discovery for the past 2 months.   Have you submitted to any place?

--

**ILYA G. ZLATKIN**

*Managing Partner*

**ZLATKIN CANN ENTERTAINMENT**

4245 N. Knox Ave.

Chicago, IL 60641

**Phone:** 312.809.8022
**Email:** **ilya@zce.law**

--

**ILYA G. ZLATKIN**

*Managing Partner*

**ZLATKIN CANN ENTERTAINMENT**

4245 N. Knox Ave.

Chicago, IL 60641

**Phone:** 312.809.8022
**Email:** **ilya@zce.law**

--

**ILYA G. ZLATKIN**

*Managing Partner*

**ZLATKIN CANN ENTERTAINMENT**

4245 N. Knox Ave.