## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David G. Oppenheimer

                        Plaintiff,

v.                                                    Case No.: 1:21−cv−02961

                                                       Honorable Andrea R. Wood

First Step Trademarks, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 25, 2023:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendant Dulac's Motion for Extension of Time [52] is granted. Both Plaintiff and Defendant Dulac shall serve their responses to each others' written discovery requests by 9/26/23, 60 days after the date Dulac filed his Motion [52] and produce responsive, non−privileged documents to each other on the same date. THIS IS A FINAL EXTENSION OF TIME FOR DISCOVERY RESPONSES. At the Court's instance, in light of the extension granted herein, the fact discovery close date is extended from 9/25/23 [50] to 12/1/23. The parties shall file a joint status report that confirms discovery responses have been served and documents produced by 10/3/23. That status report also shall identify fact witnesses that either party intends to depose before the close of fact discovery and, if possible, include proposed or confirmed dates for those depositions. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.