THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>First Step Trademarks, LLC and Alexander C. Dulac,<br><br>　　　　　　　　Defendants. | Case No. 1:21-cv-02961<br><br>Dist. Judge Andrea R. Wood<br><br>Mag. Judge Jeffrey T. Gilbert |

## JOINT STATUS REPORT

Plaintiff David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff") submits this status report. Defendant Alexander C. Dulac ("Dulac") indicated that he had a "family health issue" that prevented him from timely reviewing the joint status report draft proposed by Plaintiff.

The parties have entered into a settlement agreement in principle ("Settlement Agreement"). If both parties abide by the terms of the Settlement Agreement, this action will be dismissed with prejudice. As of the date of this status report, the parties require approximately seventy-five (75) days to effect the terms of the Settlement Agreement. Plaintiff requests an extension of all deadlines to allow for the parties to cause the Settlement Agreement to be implemented. Plaintiff requests that the case **not** be dismissed in the interim (even without prejudice), as the statute of limitations has expired on Plaintiff's claims and Plaintiff would not be able to refile this case with respect to Plaintiff's copyright claims if the Settlement Agreement is not effected for any reason.

Dated: October 4, 2023

          Respectfully submitted,

          DAVID GORDON OPPENHEIMER

          By: ____/s/ Ilya G. Zlatkin_____
          ZLATKIN CANN ENTERTAINMENT
          4245 North Knox Avenue
          Chicago, Illinois 60641
          Tel: (312) 809-8022
          ilya@zce.law

          *Attorney for Plaintiff*