# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David G. Oppenheimer

                       Plaintiff,

v.                                           Case No.: 1:21−cv−02961
                                                  Honorable Andrea R. Wood

First Step Trademarks, LLC, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 11, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone status hearing held on 1/11/24. The parties report that despite the status report filed on 10/4/23 [63] in which they said they have a settlement in principle and needed 75 days to effectuate it, they have not yet entered into a settlement agreement. Nor have they completed production of documents per the Court's order of 8/25/23 [61] providing a final extension by which to do so. The parties report there is one sticking point preventing them from executing a settlement agreement that they have talked about. It further appears that although the parties have discussed that point, those discussions have not been consistently held over the past few months and, indeed, there have been long periods in which no communications have occurred. The Court encourages the parties to address their efforts toward resolving this case themselves. If they cannot do so, then an in−person settlement conference is set for 1/22/24 at 9:30 a.m. in Courtroom 1386. If the parties determine they cannot settle the case in light of the one outstanding impasse, they should inform the Court's courtroom and the settlement conference will be stricken. By noon on 1/12/24, Plaintiff';s counsel shall email the Court's courtroom deputy (Brenda_Rinozzi@ilnd.uscourts.gov), with opposing counsel copied, to report whether Plaintiff Oppenheimer is available to appear in−person on 1/22/24. Defendant Dulac and both counsel report they are available. If the parties resolve the case themselves, they shall promptly inform the Court's courtroom deputy. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.