**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

David G. Oppenheimer
                                  Plaintiff,

v.                                                        Case No.: 1:21−cv−02961
                                                               Honorable Andrea R. Wood

First Step Trademarks, LLC, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 17, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone status hearing held on 1/17/24. The settlement conference set for 1/22/24 is stricken for the reasons stated on the record. Although the parties reported on 10/4/23 that the case was settled in principle [63], the parties clearly are at impasse as of now on a material aspect of any settlement. If the Court is going to host a settlement conference in this case, it will need more information than it has now. The parties shall file a joint status report by 2/1/24 that states whether the parties have resolved the case and, if not, whether they want to schedule a settlement conference with the Court. If the case has not settled and the parties want a settlement conference, the parties' status report should contain a date by which Plaintiff will make a settlement demand and a date by which Defendant will respond all in accordance with Judge Gilbert's Standing Order for Settlement Conference. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.