THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>     Plaintiff,<br><br>    v.<br><br>First Step Trademarks, LLC and Alexander C. Dulac,<br><br>     Defendants. | Case No. 1:21-cv-02961<br><br>Dist. Judge Andrea R. Wood<br><br>Mag. Judge Jeffrey T. Gilbert |

## STATUS REPORT

Pursuant to the Court's minute entry dated January 17, 2024, Plaintiff David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff") submits this status report.

The parties have resolved their differences with respect to the provisions that had served to delay execution of their contemplated settlement agreement ("Settlement Agreement").

The parties do not require the Court to organize a settlement conference.

If both parties abide by the terms of the Settlement Agreement, this action will be dismissed with prejudice. As of the date of this status report, the parties require approximately twenty (20) days to effect the terms of the Settlement Agreement. Plaintiff requests an extension of all deadlines to allow for the parties to cause the Settlement Agreement to be implemented. Plaintiff requests that the case **not** be dismissed in the interim (even without prejudice), as the statute of limitations has expired on Plaintiff's claims and Plaintiff would not be able to refile this case with respect to Plaintiff's copyright claims if the Settlement Agreement is not effected for any reason.

Dated: February 1, 2024

          Respectfully submitted,

          DAVID GORDON OPPENHEIMER

          By:   /s/ Ilya G. Zlatkin
          ZLATKIN CANN ENTERTAINMENT
          4245 North Knox Avenue
          Chicago, Illinois 60641
          Tel: (312) 809-8022
          ilya@zce.law

          *Attorney for Plaintiff*