UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

David G. Oppenheimer

                Plaintiff,

v.                                             Case No.: 1:21−cv−02961
                                                            Honorable Andrea R. Wood

First Step Trademarks, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 2, 2024:

        MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court has reviewed the parties' Status Report [73]. The parties shall file an updated joint status report by 3/4/24 unless the case has been dismissed with prejudice pursuant to settlement by that date. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.