## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David G. Oppenheimer

                        Plaintiff,

v.                                              Case No.: 1:21−cv−02961
                                                            Honorable Andrea R. Wood

First Step Trademarks, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 5, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: Given the status of the parties' settlement as reported in the most recent status report [75], Defendant's motion to dismiss for lack of personal jurisdiction [31], Defendant's motion to dismiss the case against FST [42], and Defendant's motion to dismissal [sic] against Mr. Dulac for violation of the discharge injunction [53] are terminated without prejudice to renewal if an enforceable settlement agreement is not ultimately reached. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.