THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>                Plaintiff,<br><br>v.<br><br>First Step Trademarks, LLC and Alexander C. Dulac,<br><br>                Defendants. | Case No. 1:21-cv-02961<br><br>Dist. Judge Andrea R. Wood<br><br>Mag. Judge Jeffrey T. Gilbert |

## STIPULATION OF DISMISSAL WITH PREJUDICE

      Plaintiff David Gordon Oppenheimer and Defendants First Step Trademarks, LLC and Alexander C. Dulac hereby stipulate and agree to dismiss all claims pending against each other in the instant case with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All motions filed by the parties that have not been adjudicated as of the date hereof are deemed moot, and the parties agree to withdraw all such pending motions.

      Dated: March 11, 2024

      Respectfully submitted,

| | |
|---|---|
| DAVID GORDON OPPENHEIMER<br><br>By: /s/ Ilya G. Zlatkin<br>ZLATKIN CANN ENTERTAINMENT<br>4245 North Knox Avenue<br>Chicago, Illinois 60641<br>Tel: (312) 809-8022<br>ilya@zce.law<br><br>*Attorney for Plaintiff* | FIRST STEP TRADEMARKS, LLC<br><br>By: /s/ Alexander C. Dulac<br>Alexander C. Dulac, Managing Director<br>93 4th Avenue, #1312<br>New York, New York 1003<br>alex.dulac@gmail.com<br><br>ALEXANDER C. DULAC<br><br>By: /s/ Alexander C. Dulac<br>Alexander C. Dulac<br>93 4th Avenue, #1312<br>New York, New York 1003<br>alex.dulac@gmail.com |