## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David G. Oppenheimer

                  Plaintiff,

v.

                                       Case No.: 1:21−cv−02961
                                       Honorable Andrea R. Wood

First Step Trademarks, LLC, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 11, 2024:

        MINUTE entry before the Honorable Jeffrey T. Gilbert: In light of the parties' Stipulation of Dismissal [78], the status hearing set for 3/12/24 is stricken with no appearance required. All matters relating to the referral of this matter having been addressed, this case is returned to the District Judge. Referral terminated. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.